PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: MCCALL, Joseph (a/k/a Anthony Brown)  Cr.: 07-00343-001
PACTS #: 48880

Name of Sentencing Judicial Officer:   THE HONORABLE SUSAN D. WIGENTON
                                       UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 03/31/2008

Date of Revocation Sentence: 11/07/2016

Original Offense: Possession of a Firearm by a Convicted Felon

Revocation Offense: Committed Another Crime

Original Sentence: 85 months imprisonment, 3 years supervised release; $100 special assessment

Revocation Sentence: 12 months and 1 day imprisonment consecutive to any other previous sentence; 2 years supervised release

Special Conditions: alcohol and drug testing/treatment

Type of Supervision: Supervised Release           Date Supervision Re-commenced: 05/22/2017

## COURT ACTION REQUEST

According to the Middle District of Pennsylvania Probation Office, to effectively supervise this offender, ensure the protection of the community, and assess threats, it will be necessary to share information and intelligence with outside law enforcement agencies. By way of this petition, Probation respectfully requests permission to share information accordingly.

Respectfully submitted,

By: Joseph Empirio
    Sr. U.S. Probation Officer

*Joseph Empirio*   Joseph Empirio
                   2017.06.15 13:44:02
                   -04'00'

Date: 06/15/2017

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☒ Approved *(Probation recommended)*

☐ Denied

_____
Signature of Judicial Officer

June 19, 2017
_____
Date